IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00917-MEH-KMT

DAVID P. SHERER,
JOHN H. LICHT, and
Others similarly situated,

       Plaintiffs,
v.

UNITED STATES FOREST SERVICE,
GLENN P. CASAMASSA, Forest Supervisor for Arapaho & Roosevelt National Forest, and
TROY EID, United States Attorney,

       Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2008.**

       In light of the parties' agreement made on the record at the Status Conference held Monday, December 1, 2008, regarding the filing of an Amended Complaint, Defendants' Motion for Entry of *Olenhouse* Scheduling Order or, Alternatively, for Leave to File a Motion to Dismiss Plaintiffs' Claims and for Protective Order Staying Discovery [filed November 7, 2008; docket #36] is **denied as moot**.

       The parties are reminded of their continuing obligation to comply fully with the United States District Court for the District of Colorado's Local Rules of Practice, namely Rules 6.1, 7.1, and 10.1 governing the format of all filings with the Court.