IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00917-MEH-KMT

DAVID P. SCHERER,
JOHN H. LICHT,
MIKE LOPEZ,
BARBARA BRICKLEY, and
AARON JOHNSON,

      Plaintiffs,

v.

UNITED STATES FOREST SERVICE,
GLENN P. CASAMASSA, Forest Supervisor for Arapaho & Roosevelt National Forest, and
DAVID GAOUETTE, United States Attorney,

      Defendants.

_____

## ORDER REOPENING CASE
_____

**Michael E. Hegarty, United States Magistrate Judge.**

This matter comes before the Court upon the filing of Plaintiffs' Second Amended Complaint, pursuant to this Court's order issued April 9, 2009.  (Dockets #65, 67.)  The parties previously consented to the jurisdiction of a Magistrate Judge pursuant to 28 U.S.C. § 636(c).  (Docket #27.)  Accordingly, it is hereby

ORDERED that the Clerk of the Court shall **reopen** this case.  It is

FURTHER ORDERED that a Telephonic Status/Scheduling Conference in this matter shall take place on Monday, **May 4, 2009, at 9:45 a.m.**  The parties shall conference together and call Chambers at (303) 844-4507 at the designated time.

Dated at Denver, Colorado, this 27th day of April, 2009.

BY THE COURT:


 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge