IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00917-MEH-KMT

DAVID P. SHERER,
JOHN H. LICHT,
MIKE LOPEZ,
BARBARA BRICKLEY, and
AARON JOHNSON,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE,
GLENN P. CASAMASSA, Forest Supervisor for Arapaho & Roosevelt National Forest, and
DAVID GAOUETTE, United States Attorney,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 25, 2010.**

    Defendants' Motion to Publish Opinion and Order on the Merits (Docket No. 122) [filed August 16, 2010; docket #124] is **granted**. The Court hereby orders that the Opinion and Order on the Merits located at docket #122 shall be published in accordance with the policy stated within the Opinions section of the District Court's website.[1] The Court notes that this opinion will also be published in the Federal Supplement Second.[2]

---

    [1]*Available at* http://www.cod.uscourts.gov/Judges/Opinions.aspx (last visited August 23, 2010).

    [2]*Sherer v. U.S. Forest Service*, No. 08-cv-00917-MEH-KMT, 2010 WL 2943275 (D. Colo. July 22, 2010).